UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>M. FAROOQ, et al.,<br><br>    Defendants. | Case No. 5:22-cv-00528-SVW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 54). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that (1) Defendants' Motion to strike (Dkt. 50) the Second Amended Complaint's paragraphs that allege claims against Defendants Farooq and Torres is GRANTED; (2) Plaintiff is PROHIBITED from alleging claims against Defendants Farooq or Torres in any

Third Amended Complaint, unless Plaintiff successfully moves for leave to amend; (3) the Motion to Dismiss (Dkt. 50) all claims against Defendants Amis and Guzman, is PARTIALLY GRANTED, as follows:

   (i) all official capacity claims are DISMISSED without leave to amend;

   (ii) the individual capacity § 1983/Eighth Amendment "deliberate indifference to medical needs" claims are DISMISSED without leave to amend;

   (iii) the individual capacity § 1983/Eighth Amendment "inhumane conditions of confinement" claims are DISMISSED with leave to amend; and

   (iv) the negligence and intentional infliction of emotional distress claims are DISMISSED with leave to amend

By a separate order, the magistrate judge will set a deadline for Plaintiff to file a Third Amended Complaint.

DATED: February 14, 2024

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE