**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARKER,<br><br>  Plaintiff,<br><br>v.<br><br>M. FAROOQ, et al.,<br><br>  Defendants. | Case No. 5:22-cv-00528-SVW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that all federal claims contained within the Third Amended Complaint are dismissed with prejudice and that all state law claims contained within the Third Amended Complaint are dismissed without prejudice but without further leave to amend in this action.

DATED: November 7, 2024

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE